UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
VARNEY-OLIVAREZ, EMILY  Case No. 08-20082 DSO
OLIVAREZ, ENRIQUE HENRY, JR.  Chapter 7
VARNEY, EMILY  HON. Daniel S. Opperman

_____Debtor(s)._____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Verizon North Inc. Vativ Recovery Solutions, LLC, As agent, for Palisades/ASTA Funding, P.O. Box 1924 Sugar Land, TX 77496 | 8 | $87.47 |
| | **TOTAL** | **$87.47** |

Dated: May 20, 2010

*/s/ Karen E. Evangelista (P36144)*
KAREN E. EVANGELISTA, Trustee
439 S. Main St., Suite 250
Rochester, MI 48307
(248) 276-2533
Kee1008_tee@sbcglobal.net